**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3086-RMR

THE ESTATE OF JASMINE CASTRO,

     Plaintiff,

v.

MARC FAIVRE,
TIM FUSS,
SCOTT SCHILB,
CITY OF THORNTON, COLORADO,

     Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

     **JAMES T. KADOLPH** of the law firm **SGR, LLC**, hereby enters his appearance on behalf of Defendants **MARC FAIVRE, TIM FUSS, SCOTT SCHILB,** and **CITY OF THORNTON, COLORADO**.

 

               Respectfully submitted,

               s/ James T. Kadolph
               *James T. Kadolph*
               SGR, LLC
               3900 E. Mexico Ave., Suite 700
               Denver, CO 80210
               Phone: (303) 320-0509
               E-mail: jkadolph@sgrllc.com
               *Counsel for Defendants*

# CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 13th day of July, 2026, a true and correct copy of the foregoing **NOTICE OF ENTRY OF APPEARANCE** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosloskilaw.com
*Attorney for Plaintiff Estate of Jasmine Castro*

/s/ *Mariel Juniper*
Legal Secretary