**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO**

Civil Action No. 26-cv-03086-RMR-STV

**THE ESTATE OF JASMINE CASTRO,**

Plaintiff,

v.

**MARC FAIVRE**;
**TIM FUSS**;
**SCOTT SCHILB**;
**CITY OF THORNTON, COLORADO**;

Defendants.

---

**NOTICE OF ENTRY OF APPEARANCE**

---

**JASON M. KOSLOSKI** of the law firm **KOSLOSKI LAW, PLLC**, hereby enters his

appearance on behalf of Plaintiff, The Estate of Jasmine Castrol

Dated: July 15, 2026

1

/s/ Jason M. Kosloski
Jason M. Kosloski
KOSLOSKI LAW, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff The Estate of Jasmine Castro*

### CERTIFICATE OF SERVICE

I hereby certify that on July 15, 2026, I electronically filed this foregoing **Notice of Entry of Appearance** with the Clerk of Court using the CM/ECF system which will send notification of such filing to all parties of record.

/s/ Jason Kosloski