## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO

Civil Action No. 1:26-cv-3086-RMR-STV

THE ESTATE OF JASMINE CASTRO,

 Plaintiff,

v.

MARC FAIVRE,
TIM FUSS,
SCOTT SCHILB,
CITY OF THORNTON, COLORADO,

 Defendants.

---

### DEFENDANTS' D.C.COLO.LCivR 81.1 FILING

---

Defendants, **MARC FAIVRE, TIM FUSS, SCOTT SCHILB,** and **CITY OF THORNTON, COLORADO**, through their attorneys, **ERIC M. ZIPORIN** and **JAMES T. KADOLPH** of **SGR, LLC**, hereby submit their Local Rule 81.1 filing.

Defendants have attached to this pleading a current copy of the State Court register of actions. *See* **Def.'s Ex. A**. There are no pending motions or petitions, before the state court, nor are any hearings scheduled. Accordingly, the Court has received all filings that may be potentially responsive to D.C.COLO.LCivR 81.1.

Respectfully submitted,


  s/ Eric M. Ziporin
*Eric M. Ziporin*
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: (303) 320-0509
E-mail: eziporin@sgrllc.com


  *s/ James T. Kadolph*
James T. Kadolph
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, CO 80210
Phone: (303) 320-0509
E-mail: jkadolph@sgrllc.com
*Attorneys for Defendants*

2

## CERTIFICATE OF SERVICE

**I HEREBY CERTIFY** that on this 24th day of July, 2026, a true and correct copy of the foregoing **DEFENDANTS' D.C.COLO.LCivR 81.1 FILING** was electronically filed with the Clerk of Court using the CM/ECF system, which will send notification of such filing to the following:

Jason Kosloski
Kosloski Law, PLLC
1401 Lawrence Street, Suite 1600
Denver, CO 80202
jkosloski@kosloskilaw.com
*Attorney for Plaintiff Estate of Jasmine Castro*

/s/ *Mariel Juniper*
Legal Secretary

3