# Register of Actions

| | | | |
|---|---|---|---|
| Filed by Plaintiff/Petitioner | **Case Number:** 2026CV030756 | **Division:** 3 | |
| Filed by Defendant/Respondent | **Case Type:** Deprivation of Rights | **Judicial Officer:** Jeffrey R Pilkington | |
| Filed by Court | **Case Caption:** Estate Of Jasmine Castro v. Faivre, Marc et al | **Court Location:** Jefferson County | |

| Filing ID | Date Filed | Authorizer | Organization | Filing Party | Document | Document Title | Document Security |
|---|---|---|---|---|---|---|---|
| 8B08A05E47C35 | 07/10/2026 3:56 PM | Eric M Ziporin | SGR LLC | Marc Faivre, Tim Fuss (more) | Notice | Notice of Filing of Notice of Removal | Public |
| | | | | | Exhibit - Attach to Pleading/Doc | Exhibit 1 - Federal Verified Notice of Removal | Protected |
| N/A | 07/10/2026 12:00 AM | N/A | N/A | N/A | Case Closed - Transferred | N/A | |
| N/A (Details) | 05/05/2026 4:35 PM | Jeffrey R Pilkington | Jefferson County | N/A | Order | REASSIGNMENT ORDER | Public |
| N/A (Details) | 05/05/2026 3:28 PM | Christopher B Rhamey | Jefferson County | N/A | Order | Order: Recusal and Reassignment | Public |
| N/A (Details) | 05/01/2026 9:25 AM | Christopher B Rhamey | Jefferson County | N/A | Order | Civil Procedure Order | Public |
| 91C4D7093FF74 | 04/30/2026 8:39 PM | Jason Kosloski | Kosloski Law PLLC | Estate of Jasmine Castro | Complaint w/Jury Demand | COMPLAINT AND JURY DEMAND | Public |
| | | | | | Civil Case Cover Sheet | DISTRICT COURT CIVIL CASE COVER SHEET FOR INITIAL PLEADING OF COMPLAINT AND JURY DEMAND | Public |

# Party Information

| Party Name | Party Type | Party Status | Attorney/Paraprofessional Name |
|---|---|---|---|
| City of Thornton Colorado | Defendant | Active | ERIC MICHAEL ZIPORIN (SGR LLC) |
| Estate of Jasmine Castro | Plaintiff | Active | JASON MATTHEW KOSLOSKI (Kosloski Law PLLC) |
| Marc Faivre | Defendant | Active | ERIC MICHAEL ZIPORIN (SGR LLC) |
| Scott Schilb | Defendant | Active | ERIC MICHAEL ZIPORIN (SGR LLC) |
| Tim Fuss | Defendant | Active | ERIC MICHAEL ZIPORIN (SGR LLC) |

EXHIBIT A