**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3086-RMR-STV

**ESTATE OF JASMINE CASTRO,**

Plaintiff,

v.

**MARC FAIVRE**;
**TIM FUSS**;
**SCOTT SCHILB**; AND
**CITY OF THORNTON, COLORADO**,

Defendants.

---

**UNOPPOSED MOTION TO APPEAR VIA TELEPHONE AT SCHEDULING CONFERENCE**

---

Undersigned counsel, on behalf of Plaintiff The Estate of Jasmine Castro, respectfully moves, unopposed, to permit a telephone appearance at the Scheduling Conference currently set for September 15, 2026. As grounds:

1. This case is currently set for a scheduling conference on September 15, 2026. The parties have filed a proposed scheduling order with the Court.
2. Undersigned is currently scheduled to appear in a jury trial in Colorado State Court on September 14 and 15, 2026.
3. Undersigned has not been able to locate any coverage for this scheduling conference. However, undersigned believes that he will be able to appear at the scheduling conference during a recess in the jury trial if the Court permits him to appear via telephone.

4. Undersigned has conferred with counsel for Defendants, who do not oppose this request.

THEREFORE, counsel for Plaintiff requests the Court permit a telephone appearance at the September 15, 2026, scheduling conference.

/s/ Jason Kosloski
Jason M. Kosloski
Kosloski Law, PLLC
1401 Lawrence Street
Suite 1600
Denver, CO 80202
(720) 605-6487
jkosloski@kosloskilaw.com
*Attorney for Plaintiff*

## CERTIFICATE OF SERVICE

I hereby certify that on September 9, 2026, the foregoing **UNOPPOSED MOTION TO APPEAR VIA TELEPHONE AT SCHEDULING CONFERENCE** was filed using the CM/ECF e-filing system, which sends notice to the following:

Eric M Ziporin
James T Kadolph
SGR, LLC
3900 E. Mexico Ave., Suite 700
Denver, Colorado 80210
Tel: (303) 320-0509
eziporin@sgrllc.com
jkadolph@sgrllc.com

/s/ Jason Kosloski
Jason Kosloski