**IN THE UNITED STATES DISTRICT COURT**
**FOR THE DISTRICT OF COLORADO**

Civil Action No. 1:26-cv-3086-RMR-STV

**ESTATE OF JASMINE CASTRO,**

Plaintiff,

v.

**MARC FAIVRE**;
**TIM FUSS**;
**SCOTT SCHILB**; AND
**CITY OF THORNTON, COLORADO**,

Defendants.

---

**[PROPOSED] ORDER RE: UNOPPOSED MOTION TO APPEAR VIA TELEPHONE AT SCHEDULING CONFERENCE**

---

The Court, having considered the above-captioned motion, herby ORDERS that the motion is GRANTED. Counsel for the parties may appear via telephone at ___________ for the scheduling conference on September 15, 2026 at 10:15AM.

DATED at Denver, Colorado, this _______ day of ___________, 2026.

BY THE COURT:

______________________

United States Magistrate Judge