IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
**Chief Magistrate Judge Scott T. Varholak**

Civil Action: 26-cv-03086-RMR-STV | Date: September 15, 2026
Courtroom Deputy: Sonia Chaplin | FTR – Courtroom A402

| *Parties:* | *Counsel:* |
|---|---|
| THE ESTATE OF JASMINE CASTRO, | Jason Matthew Kosloski |
| Plaintiff, | |
| v. | |
| MARC FAIVRE, | Eric Michael Ziporin |
| Defendant. | |

**COURTROOM MINUTES/MINUTE ORDER**

**TELEPHONIC RULE 16(b) SCHEDULING CONFERENCE**
**Court in session: 10:19 a.m.**
Court calls case. Appearances of counsel.

**THE FOLLOWING WILL CONFIRM THE ACTIONS TAKEN AND DATES SET AT THE SCHEDULING CONFERENCE HELD THIS DATE:**
Each side shall be limited to **five (5)** depositions.
Each side shall be limited to **twenty-five (25)** interrogatories, **twenty-five (25)** requests for production, and **twenty-five (25)** requests for admission.
Deadline for Joinder of Parties/Amendment of Pleadings: **November 16, 2026**
Parties shall designate affirmative experts **on or before March 1, 2027.**
Parties shall designate rebuttal experts **on or before April 30, 2027.**
Each side shall be limited to **two (2)** retained or non-retained experts.
Discovery Cut-off: **May 14, 2027**
Dispositive Motion Notice Deadline: Ten days after the close of discovery: A party seeking to file a motion for summary judgment must email Judge Rodriguez's Chambers to inform the Court of their intent to file such motion. If no party seeks to file a summary judgment motion, Counsel shall jointly contact Judge Rodriguez's chambers to obtain dates for trial and a trial preparation conference.

**STATUS CONFERENCE** not set at this time. If the Court determines one is necessary, one will be set by minute order. The parties may request a status conference by contacting chambers (303) 335-2365, by a joint conference call.

The parties must notify chambers (varholak_chambers@cod.uscourts.gov) at least 3 business days in advance of any hearing requiring presentation of documentary evidence so that the courtroom can be equipped with the appropriate technology.

**FINAL PRETRIAL CONFERENCE/TRIAL PREPARATION CONFERENCE/TRIAL** will be set by Judge Rodriguez's chambers at a later date.

The Court advises the parties to review Judge Rodriguez's Practice Standards. The Court also advises counsel to review the Uniform Civil Practice Standards for Magistrate Judges, especially for the manner in which it addresses discovery disputes.

The Scheduling Order is signed and entered on September 15, 2026.

Hearing concluded.
**Court in recess: 10:22 a.m.**
Total time in court: 00:03

*To order transcripts of hearings, please contact either Patterson Transcription Company at (303) 815-0487, scheduling@pattersontranscription.com; or AB Litigation Services at (303) 629-8534.*